IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY SMITH                           :
                                        :
         v.                             :      NO. 11-7826
                                        :
NCO FINANCIAL SYSTEMS, INC.             :
                                        :

JUDGMENT

BEFORE JOYNER, CH J.

         AND NOW, to wit, this 13TH day of February, 2012 , it is ORDERED that in accordance with NCO Financial Systems, Inc. offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68.  It is

         ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $750.00 together with interest and costs.
                                    BY THE COURT:


                                    ATTEST: /s/ Mary Chase
                                    _____
                                         Mary Chase
                                         Deputy Clerk


judg